IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

REGINA HOLLAND                                                                                                    PLAINTIFF

V.                                                                             CIVIL ACTION NO. 1:20-cv-00032-SA-RP

SAFECO INSURANCE COMPANY OF ILLINOIS
and JOHN DOES 1-5                                                                                              DEFENDANTS

AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

The parties have agreed to and announced to the Court a settlement of this case, and the Court, being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, is desirous that this matter be fully and finally closed on its docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with the parties to bear their own costs.

SO ORDERED AND ADJUDGED this, the 29th day of April, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s/ Daryl L. Porter, Jr.
PEPPER & ODOM, P.C.
460 Briarwood Drive, Suite 420
Jackson, MS 39206
Telephone: 601-202-1111
Facsimile: 888-456-2160
daryl@pepperodom.com
*ATTORNEY FOR PLAINTIFF*

/s/ Gregg A. Caraway
WELLS MARBLE & HURST, PLLC
P.O. Box 131
Jackson, MS 39205-0131
Telephone: 601-605-6900
Facsimile: 601-605-6901
gcaraway@wellsmar.com
*ATTORNEY FOR DEFENDANT*